1  ALLACCESS LAW GROUP
   Irene Karbelashvili, State Bar Number 232223
2  irene@allaccesslawgroup.com
   Irakli Karbelashvili, State Bar Number 302971
3  irakli@allaccesslawgroup.com
4  1400 Coleman Ave Ste F28
   Santa Clara, CA 95050
5  Telephone:    (408) 295-0137
   Facsimile:    (408) 295-0142
6
7  Attorneys for Plaintiff, Deidre Kellogg Ketroser

Date: 5/6/2020

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. KETROSER, | Case No. 19-cv-2568-YGR |
| Plaintiff | **STIPULATION DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| PACIFIC MERITAGE, LLC, WILLIAM L. SCARBROUGH AND PATRICIA SCARBROUGH, | |
| Defendants. | |

-1-

-2-

Plaintiff DEIDRE KELLOGG KETROSER ("Plaintiff") and Defendants PACIFIC MERITAGE, LLC, WILLIAM L. SCARBROUGH AND PATRICIA SCARBROUGH (collectively, "Defendants") stipulate through their undersigned counsel that this action be dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1)(A)(ii) with each side bearing her/their own attorney fees, costs, and litigation expenses.

Dated: April 27, 2020                               */s/ Hayley S. Grunvald*
                                                    Hayley S. Grunvald, Attorney for Defendants

Dated: April 27, 2020                               */s/ Irene Karbelashvili*
                                                    Irene Karbelashvili, Attorney for Plaintiff

**Filer's Attestation**

I, Irene Karbelashvili, hereby attest that I received concurrence from defense counsel in the filing of this document.

                                                    */s/ Irene Karbelashvili*
                                                    Irene Karbelashvili